| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | GURPINDER SANDHU |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-041 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JUNE 30, 2015; EXCLUDE TIME |
| v. | |
| GURPINDER SANDHU and SIMONE AGUILAR, | Date:  June 30, 2015 |
| | Time:  9:15 a.m. |
| | Judge: Hon. John A. Mendez |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Josh Sigal, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for defendant Gurpinder Sandhu and defendant, Simone Aguilar, by and through her counsel, Olaf Hedberg, that the status conference set for May 26, 2015 be continued to June 30, 2015, at 9:15 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, to continue investigating the facts of the case and for continued defense preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including June 30, 2015;  pursuant to 18 U.S.C. §3161

1  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based
2  upon continuity of counsel and defense preparation.
3      Counsel and the defendants also agree that the ends of justice served by the Court
4  granting this continuance outweigh the best interests of the public and the defendants in a speedy
5  trial.

6                              Respectfully submitted,

7  DATED:  May 18, 2015           HEATHER E. WILLIAMS
                                  Federal Defender
8
9                                 */s/ Matthew C. Bockmon*
                                  MATTHEW C. BOCKMON
10                                Assistant Federal Defender
                                  Attorney for Defendant
11                                GURPINDER SANDHU

12  DATED:  May 18, 2015          */s/ Olaf Hedberg*
13                                OLAF HEDBERG
                                  Attorney for Defendant
14                                SIMONE AGUILAR

15  DATED:  April 21, 2015        BENJAMIN B. WAGNER
                                  United States Attorney
16
17                                */s/ Josh Sigal*
                                  JOSH SIGAL
18                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
19
20
21
22
23
24
25
26
27
28

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for June 30, 2015, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including June 30, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: May 18, 2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge