HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GURPINDER SANDHU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-cr-041 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO JULY 28, 2015; EXCLUDE TIME |
| v. | |
| GURPINDER SANDHU and SIMONE AGUILAR, | ) Date:  July 28, 2015<br>) Time:  9:15 a.m.<br>) Judge: Hon. John A. Mendez |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Josh Sigal, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for defendant Gurpinder Sandhu and defendant, Simone Aguilar, by and through her counsel, Olaf Hedberg, that the status conference set for June 30, 2015 be continued to July 28, 2015, at 9:15 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses, to continue investigating the facts of the case and for continued defense preparation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including July 28, 2015; pursuant to 18 U.S.C. §3161

1  (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based
2  upon continuity of counsel and defense preparation.
3      Counsel and the defendants also agree that the ends of justice served by the Court
4  granting this continuance outweigh the best interests of the public and the defendants in a speedy
5  trial.

                                         Respectfully submitted,

DATED: June 24, 2015        HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Matthew C. Bockmon*
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         GURPINDER SANDHU

DATED: June 24, 2015        */s/ Olaf Hedberg*
                                         OLAF HEDBERG
                                         Attorney for Defendant
                                         SIMONE AGUILAR

DATED: June 24, 2015        BENJAMIN B. WAGNER
                                         United States Attorney

                                         */s/ Josh Sigal*
                                         JOSH SIGAL
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for July 28, 2015, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including July 28, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: June 24, 2015

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge