BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0041 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GURPINDER SANDHU, SIMONE AGUILAR, | DATE: July 28, 2015
TIME: 9:15 a.m.
COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1.     By previous order, this matter was set for status on July 28, 2015.

2.     By this stipulation, defendants now move to continue the status conference until September 1, 2015 at 9:15 a.m., and to exclude time between July 28, 2015, and September 1, 2015 at 9:15 a.m., under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes more than 500 pages of discovery, including investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for defendants desire additional time to conduct investigation and research into the charges, review discovery, consult with their clients and discuss potential

resolutions with their clients.

        c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 28, 2015 to September 1, 2015 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 24, 2015                                            BENJAMIN B. WAGNER
                                                                           United States Attorney

/s/ JOSH F. SIGAL
JOSH F. SIGAL
Special Assistant U.S. Attorney

Dated:  July 24, 2015                                            /s/ JOSH F. SIGAL   for
                                                                           MATTHEW BOCKMAN
                                                                           Counsel for Defendant
                                                                           Gurpinder Sandhu

| | |
|---|---|
| Dated:  July 24, 2015 | /s/ JOSH F. SIGAL<br>OLAF HEDBERG<br>Counsel for Defendant<br>Simone Aguilar |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 28th day of July, 2015

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE