1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:15-CR-0041 JAM

12                    Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                             [PROPOSED] FINDINGS AND ORDER

14 SIMONE AGUILAR,                         DATE: October 27, 2015
                                           TIME: 9:15 a.m.
15                    Defendant.           COURT: Hon. John A. Mendez

16

17                         **STIPULATION**

18      1.      By previous order, this matter was set for status on October 27, 2015.

19      2.      By this stipulation, defendant now moves to continue the status conference until

20 December 15, 2015 at 9:15 a.m, and to exclude time between October 27, 2015, and December 15, 2015

21 at 9:15 a.m, under Local Code T4.

22      3.      The parties agree and stipulate, and request that the Court find the following:

23              a)      The government has represented that the discovery associated with this case

24 includes more than 500 pages of discovery, including investigative reports and photographs.  All

25 of this discovery has been either produced directly to counsel and/or made available for

26 inspection and copying.

27              b)      Counsel for defendant desires additional time to conduct investigation and

28 research into the charges, review discovery, consult with his client and discuss potential

resolutions with his client.  This research involves an investigation in the potential immigration consequences of any resolution, and a discussion of the client's immigration status with the client's immigration counsel.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 27, 2015 to December 15, 2015 at 9:15 a.m, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

///

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4       IT IS SO STIPULATED.

5

Dated:  October 22, 2015                        BENJAMIN B. WAGNER
6                                               United States Attorney

7

                                                /s/ JOSH F. SIGAL
8                                               JOSH F. SIGAL
                                                Special Assistant U.S. Attorney
9

10

Dated:  October 22, 2015                        /s/ OLAF HEDBERG
11                                              OLAF HEDBERG
                                                Counsel for Defendant
12                                              Simone Aguilar

13

14

15                          **FINDINGS AND ORDER**

16      IT IS SO FOUND AND ORDERED this 23rd day of October, 2015

17

18                                              /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
19                                              UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28