BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SIMONE AGUILAR,<br><br>                              Defendant. | CASE NO.  2:15-CR-0041 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;  FINDINGS AND ORDER<br><br>DATE: January 29, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on January 29, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until April 8, 2016, and to exclude time between January 29, 2016, and April 8, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes more than 500 pages of discovery, including investigative reports and photographs.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      The government has provided a plea agreement to counsel. Counsel will need additional time to review the agreement as well as the discovery in the case with respect to the terms and factual basis of the agreement, and consult with his client regarding implications for

1    trial.  This review involves an investigation of the potential immigration consequences of any

2    resolution, and a discussion of the client's immigration status with the client's immigration

3    counsel.

4           c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny counsel the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7           d)    The government does not object to the continuance.

8           e)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11          f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of January 29, 2016 to April 8, 2016,

13   inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

14   because it results from a continuance granted by the Court at defendants' request on the basis of

15   the Court's finding that the ends of justice served by taking such action outweigh the best interest

16   of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4        IT IS SO STIPULATED.

5

6 Dated:  January 26, 2016                BENJAMIN B. WAGNER
                                         United States Attorney

7

8                                        /s/ JOSH F. SIGAL
                                         JOSH F. SIGAL
9                                        Special Assistant U.S. Attorney

10

11 Dated:  October 26, 2015              /s/ OLAF HEDBERG
                                         OLAF HEDBERG
12                                       Counsel for Defendant
                                         Simone Aguilar

13

14

15                        **FINDINGS AND ORDER**

16        IT IS SO FOUND AND ORDERED.

17 Dated:  January 26, 2016

18

19

20 _____
   GARLAND E. BURRELL, JR.
21 Senior United States District Judge

22

23

24

25

26

27

28