PHILLIP A. TALBERT
Acting United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMONE AGUILAR,<br><br>Defendant. | CASE NO. 2:15-CR-0041 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: June 24, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on June 24, 2016.

2. By this stipulation, defendant now moves to continue the status conference until August 19, 2016, and to exclude time between June 24, 2016, and August 19, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes more than 500 pages of discovery, including investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) The government has provided a plea agreement to counsel. Counsel will need additional time to review the agreement as well as the discovery in the case with respect to the terms and factual basis of the agreement, and consult with his client regarding implications for

1  trial.  This review involves an investigation of the potential immigration consequences of any
2  resolution in light of the defendant's withholding of removal immigration status, and a
3  discussion of the client's immigration status with the client's immigration counsel based on the
4  defendant's Brazilian citizenship.  This investigation is continuing and involves researching the
5  potential types of relief the defendant may seek in federal immigration court.

6         c)      Counsel for defendant believes that failure to grant the above-requested
7  continuance would deny counsel the reasonable time necessary for effective preparation, taking
8  into account the exercise of due diligence.

9         d)      The government does not object to the continuance.

10        e)      Based on the above-stated findings, the ends of justice served by continuing the
11 case as requested outweigh the interest of the public and the defendant in a trial within the
12 original date prescribed by the Speedy Trial Act.

13        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
14 et seq., within which trial must commence, the time period of June 24, 2016 to August 19, 2016,
15 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
16 because it results from a continuance granted by the Court at defendants' request on the basis of
17 the Court's finding that the ends of justice served by taking such action outweigh the best interest
18 of the public and the defendant in a speedy trial.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 22, 2016              PHILLIP A. TALBERT
                                  Acting United States Attorney


                                  /s/ JOSH F. SIGAL
                                  JOSH F. SIGAL
                                  Special Assistant U.S. Attorney


Dated: June 22, 2016              /s/ OLAF HEDBERG
                                  OLAF HEDBERG
                                  Counsel for Defendant
                                  Simone Aguilar


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

3