PHILLIP A. TALBERT
Acting United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                         v.<br><br>SIMONE AGUILAR,<br><br>                         Defendant. | CASE NO. 2:15-CR-0041 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: September 23, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on September 21, 2016.

2.      By this stipulation, the parties now move to continue the status conference until October 7, 2016, and to exclude time between September 21, 2016, and October 7, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes more than 500 pages of discovery, including investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      The government has provided a revised plea agreement to counsel. Counsel will need additional time to review the revised agreement as well as the discovery in the case with respect to the terms and factual basis of the agreement, and consult with his client regarding

1    implications for trial.  Counsel consulted with his client today, September 21, 2016, and expects

2    to consult with his client again sometime next week.

3         c)      Counsel for defendant believes that failure to grant the above-requested

4    continuance would deny counsel the reasonable time necessary for effective preparation, taking

5    into account the exercise of due diligence.

6         d)      The government does not object to the continuance and joins in the request to set

7    over this matter for two weeks to October 7, 2016.

8         e)      Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of September 21, 2016 to October 7,

13   2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14   T4] because it results from a continuance granted by the Court at defendants' request on the basis

15   of the Court's finding that the ends of justice served by taking such action outweigh the best

16   interest of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED]
FINDINGS AND ORDER

1       4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4       IT IS SO STIPULATED.

5

6   Dated:  September 21, 2016                    PHILLIP A. TALBERT
                                   Acting United States Attorney

7

8                                      /s/ JOSH F. SIGAL
                                   JOSH F. SIGAL

9                                      Special Assistant U.S. Attorney

10

11  Dated:  September 21, 2016                    /s/ OLAF HEDBERG
                                   OLAF HEDBERG

12                                     Counsel for Defendant
                                   Simone Aguilar

13

14

15                              **FINDINGS AND ORDER**

16

17      IT IS SO FOUND AND ORDERED.

18      Dated:  September 22, 2016

19

20  _____

21      GARLAND E. BURRELL, JR.
    Senior United States District Judge

22

23

24

25

26

27

28