1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-00041-GEB |
|---|---|
| Plaintiff, | |
| v. | ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |
| SIMONE AGUILAR, | |
| Defendant. | |

The Preliminary Order of Forfeiture entered October 28, 2016, is hereby made final as to defendant Simone Aguilar and shall be incorporated into the Judgment in a Criminal Case.

SO ORDERED.
Dated:  January 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge