1  MCGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-00041-GEB |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| SIMONE AGUILAR, | |
| Defendant. | |

WHEREAS, on or about October 28, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), based upon the plea agreement entered into between plaintiff and defendant Simone Aguilar forfeiting to the United States the following property:

    a.    White/Silver iPhone, model A1453,
    b.    Black/Gray iPhone, model A1428,
    c.    White iPhone, model A1532,
    d.    Black/Gray iPhone, model A1533,
    e.    Black/Gold HTC, model 0P6B700,
    f.    Sliver/White iPad, serial number NMPLNG94F4YJ,
    g.    Samsung tablet (white), model SMT217S,
    h.    MacBook Pro laptop, serial number C02L71J8FFRP,
    i.    Imagepac Stampmaker,
    j.    Imagepac UV lamp,
    k.    Canon Selphy CP910, serial number 218206004907,
    l.    Fujitsu Laptop, serial number 03804395,
    m.    Wonder embossing machine, serial number 201109291,
    n.    Samsung Tablet, serial number HYQJ91SCC02936X, and
    o.    80 GB hard drive, serial number Q3A50EN.

AND WHEREAS, beginning on October 30, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), to be disposed of according to law, including all right, title, and interest of Simone Aguilar.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: January 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge