PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00041-JAM-EFB |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S SECOND MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| GURPINDER SANDHU, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on March 10, 2022. Docket No. 135. The Government's response is currently due March 25, 2022.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before April 12, 2022;

STIPULATION RE BRIEFING SCHEDULE       1

b)   The defendant's reply to the government's response to be filed on or before April 19, 2022.

IT IS SO STIPULATED.

Dated:  March 25, 2022         PHILLIP A. TALBERT
                               United States Attorney

                               /s/ MICHELLE RODRIGUEZ
                               MICHELLE RODRIGUEZ
                               Assistant United States Attorney

Dated:  March 25, 2022         /s/DINA SANTOS
                               DINA SANTOS
                               Counsel for Defendant
                               GURPINDER SANDHU

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)   The government's response to the defendant's motion, Docket No. 135, is due on or before April 12, 2022;

b)   The defendant's reply to the government's response, if any, is due on April 19, 2022.

IT IS SO FOUND AND ORDERED this 25th day of March, 2022.

                               /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE